UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:26-CR-8-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| JESSICA LATOYA STATEN, | ) | |
| Defendant | ) | |

Upon motion of the defendant, with no position from the United States Government, the self-reporting for this defendant to surrender is hereby extended until September 24, 2026.

SO ORDERED this 18 day of August, 2026.

J. Dever

James C. Dever, III
United States District Judge