UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:26-CR-8-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| JESSICA LATOYA STATEN, | ) | |
| Defendant | ) | |

Upon motion of the retained counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 36 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 24 day of September, 2026.

[signature]
The Honorable James C. Dever III
United States District Court Judge